FILED
2026 Jul-09  AM 09:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DOMENEQUE PERRY, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | Case No.:  2:25-02053-MHH |
| | } | |
| AARON SIMS, et al., | } | |
| | } | |
| Defendants. | } | |

## MEMORANDUM OPINION AND ORDER

In this action, *pro se* plaintiff Domeneque Perry is suing three City of Irondale officials—City Councilman Aaron Sims, City Attorney April B. Danielson, and Mayor James D. Stewart, Jr.,—for alleged failures to respond appropriately to her communications and requests.  (Docs. 8, 18).  Ms. Perry recently filed a motion for a temporary restraining order and preliminary injunction against Heritage Place Apartment Homes, LLC.  Ms. Perry seeks to enjoin Heritage Place from evicting her for nonpayment of rent.  (Doc. 32, pp. 1, 4).  Heritage Place is not a party to this case.  (Docs. 1, 8, 18).  Ms. Perry appears to argue that the Court should enjoin the eviction because eviction would make it difficult for her to pursue her § 1983 claims against the Irondale officials, affecting her ability to serve the defendants if the Court permits Ms. Perry to pursue her claims against the named defendants.  (Doc. 32, p. 2).

Because Ms. Perry has not named Heritage Place as a party in this action and because Ms. Perry cannot assert a § 1983 claim against a private party like Heritage Place (absent very narrow circumstances that do not appear to apply here), Ms. Perry has no likelihood of success on a non-existant claim against Heritage Place, and the Court may not exercise jurisdiction over Heritage Place in this matter.  Entering a TRO against Heritage Place, a non-party, would violate Heritage Place's due process rights.  Potential state court eviction proceedings in Jefferson County, Alabama are not "part of the same case or controversy" concerning Ms. Perry's federal § 1983 claims against Irondale city officials.[1]

Accordingly, the Court denies Ms. Perry's motion for a temporary restraining order and preliminary injunction without prejudice.  The Clerk of Court shall please TERM Doc. 32.  If Ms. Perry wishes to contest her eviction, she must file a separate complaint in a court with subject-matter jurisdiction over eviction-related issues.

**DONE** and **ORDERED** this July 9, 2026.

_Madeline H. Haikala_
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

[1] Because state-law eviction proceedings do not share a factual basis with Ms. Perry's federal claims against Irondale officials, joinder of Heritage Place to this action would be improper.  *See* Fed. R. Civ. P. 20(a).